**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| KUEI JUNG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS H. BOWERS, SUSAN G. CASEY, PAUL R. BURKE, NORMAN P. CREIGHTON, WILLIAM F. GRANT III, DANIEL R. MATHIS, ROBERT S. MUEHLENBECK, JOHN T. PIETRZAK, SETH RUDNICK, ROBERT H. SCOTT, W. KIRK WYCOFF, ROBERT I. USDAN, SQUARE 1 FINANCIAL, INC. and PACWEST BANCORP,<br><br>Defendants. | Case No. 1:15-CV-373 |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF THE SETTLEMENT CLASS AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Shannon L. Hopkins, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of good standing of the Bars of the State of Massachusetts, Connecticut, and New York.

2. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Plaintiff and the Class. As such, I have knowledge of the matters set forth herein. I make this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of the Settlement Class, and Approval of Notice to the Settlement Class.

3. True and correct copies of the following documents are reproduced and annexed hereto:

Exhibit 1: Stipulation of Settlement, dated December 4, 2015, together with all exhibits thereto.

Exhibit 2: Memorandum of Understanding, dated June 1, 2015, together with all exhibits thereto.

Exhibit 3: Firm resume of Levi & Korsinsky, LLP.

Exhibit 4: Firm resume of Schiller & Schiller, P.L.L.C.

Respectfully submitted,

Dated: December 24, 2015

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*

Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of December, 2015, the foregoing Declaration was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ David G. Schiller
DAVID G. SCHILLER, (NCSB # 26713)
**SCHILLER & SCHILLER, P.L.L.C.**
5540 Munford Road, Suite 101
Raleigh, North Carolina 27612
Telephone: (919) 789-4677
Facsimile: (919) 789-4469