**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| KUEI JUNG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS H. BOWERS, SUSAN G. CASEY, PAUL R. BURKE, NORMAN P. CREIGHTON, WILLIAM F. GRANT III, DANIEL R. MATHIS, ROBERT S. MUEHLENBECK, JOHN T. PIETRZAK, SETH RUDNICK, ROBERT H. SCOTT, W. KIRK WYCOFF, ROBERT I. USDAN, SQUARE 1 FINANCIAL, INC. and PACWEST BANCORP,<br><br>Defendants. | Case No. 1:15-CV-373 |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS AND APPROVAL OF ATTORNEYS' FEES**

By this motion, Plaintiff Kuei Jung Li ("Plaintiff"), by and through his undersigned counsel, hereby moves for final approval of the Settlement of the above-captioned shareholder action and for an award of attorneys' fees and expenses. Specifically, Plaintiff moves the Court for the entry of the order finally approving the Settlement ("Order and Final Judgment") as set forth in the Stipulation of Settlement, dated December 4, 2015 (the "Stipulation"), filed December 24, 2015 as Exhibit A to the Declaration of Shannon L. Hopkins in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of the Settlement Class and Approval of Notice to the Settlement Class (ECF No. 13-1).

This motion is based on the accompanying memorandum of law, the supporting declaration, the Stipulation, and such additional argument as may be required by the Court. Plaintiff and Plaintiff's Counsel respectfully submit that the proposed Settlement is in the best interests of the former shareholders of Square 1 Financial, Inc. Plaintiff thus respectfully requests the Court final approve the Settlement and Plaintiff's Application for an Award of Attorneys' Fees and enter the Order and Final Judgment.

Dated: February 12, 2016

Respectfully submitted,

By: David G. Schiller

DAVID G. SCHILLER, (NCSB # 26713)
**SCHILLER & SCHILLER, P.L.L.C.**
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677
Facsimile: (919) 375-3964

- *and* -

SHANNON L. HOPKINS
SEBASTIANO TORNATORE
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of February, 2016, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


/s/ David G. Schiller
DAVID G. SCHILLER, (NCSB # 26713)
**SCHILLER & SCHILLER, P.L.L.C.**
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677
Facsimile: (919) 375-3964